IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARTER, ET AL., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | NO. _____ |
| VS. | : | |
| MARTIN HORN, ET AL., | : | |
| Defendants | : | CLASS ACTION COMPLAINT |
| | : | JURY TRIAL DEMAND |

FILED
HARRISBURG
MAY 9 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MOTION FOR ORDER TO HAVE
MARSHAL'S SERVE PROCESS

Plaintiffs hereby request the Court to issue an **Order**, for **Marshal Service** upon the named Defendants, of Plaintiffs **summons and Complaints**  And, in support of this request Plaintiffs submit the following :

That aside from the filing fee cost, which is being paid in full, Plaintiffs are otherwise unable to pay cost for service of the summons and Complaints.

This Court has jurisdiction to order the requested Marshals service of the summons and Complaint pursuant to **Rule 4(c)(2), Fed. R. Civ.P.**

VERIFICATION

PLAINTIFF/S/, hereby verify that the foregoing Request For Marshal Service of Summons and Complaints is true and correct.

PLAINTIFFS Pro. Per.:

*John D. Carter*
*Jimmy Lee McWhirter*
*Mariano Rello*
*David L. Campbell*

*Arthur Carmichael*

DATED: _Dec 20_, 1999 c.e.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARTER, ET AL., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. _____ |
| | : | |
| MARTIN HORN, ET AL., | : | CLASS ACTION COMPLAINT |
| Defendants | : | JURY TRIAL DEMAND |

## O R D E R

AND NOW, To wit, this _____ day of _____, 1999, upon due consideration of the within **Motion For Order To Have Marshals Serve Process**, it is hereby GRANTED

BY THE COURT

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARTER, ET AL., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | NO. _____ |
| VS. | : | |
| MARTIN HORN, ET AL., | : | |
| Defendants | : | CLASS ACTION COMPLAINT |
| | : | JURY TRIAL DEMAND |

MOTION FOR ORDER TO HAVE
MARSHAL'S SERVE PROCESS

Plaintiffs hereby request the Court to issue an Order, for Marshal Service upon the named Defendants, of Plaintiffs summons and Complaints  And, in support of this request Plaintiffs submit the following :

That aside from the filing fee cost, which is being paid in full, Plaintiffs are otherwise unable to pay cost for service of the summons and Complaints.
This Court has jurisdiction to order the requested Marshals service of the summons and Complaint pursuant to Rule 4(c)(2), Fed. R. Civ.P.

VERIFICATION

PLAINTIFF/S/, hereby verify that the foregoing Request For Marshal Service of Summons and Complaints is true and correct.

PLAINTIFFS Pro. Per.:

*[signatures]*

DATED: Dec 20, 1999 c.e.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARTER, ET AL., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| VS. | : | NO._____ |
| | : | |
| MARTIN HORN, ET AL., | : | CLASS ACTION COMPLAINT |
| Defendants | : | JURY TRIAL DEMAND |

## ORDER

AND NOW, To wit, this _____ day of _____, 1999, upon due consideration of the within Motion For Order To Have Marshals Serve Process,
it is hereby GRANTED

BY THE COURT

_____
J.