UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARTER, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| VS. | : | 1-CV-00-834 |
| MARTIN HORN, et al., | : | J. Caldwell |
| Defendants | : | |

TO THE CLERK,
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

FILED
HARRISBURG, PA
JUN 1 2 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Clerk:

Please accept this Letter of Inquiry; Wherein I, on behalf of myself and the Plaintiffs seek to ascertain the present status of the above-titled case.

By ORDER of the Hon. Anita B. Brody, dated March 30, 2000, the above-titled matter was transferred to this Honorable Court;

Subsequently, on May 9, 2000, Plaintiffs received a copy of "Notice Of Judicial Assignment", (Case assigned to the Honorable William W. Caldwell); along with a copy of the STANDING PRACTICE ORDER of this Court.

Plaintiffs inquiry herein is based upon the fact that, inasmuch as they had filed numerous Motions in the Eastern District Court, as well as Interrogatories upon the Defendants, we simply desire to know if we can expect this Court to act upon said Motions without Plaintiffs having to refile same in in order to meet any different IOP's which this Court may have differently from those of the Eastern District Court; And, otherwise, should we just have to await the court's pleasure to act upon the above-mentioned motions?

Ms. D'Andrea, Plaintiffs are by no means trying to press this Honorable Court to speed up matters as they relate to this case; Because, we are very

patient; On the contrary, we simply desire to be informed as to the present status of the case; as well as to any procedure which we may have inadvertently failed to adhere to.

Plaintiffs thank you for your comprehension, concern and cooperation as it relates to the foregoing inquiry.

Respectfully submitted,

*John D. Carter*

John Carter  Pro. Per. & on
behalf of all other Plaintiffs.

DATED: June 9, 2000 c.e.