IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CARTER, et al.,          :
                              :
    Plaintiffs                :
                              :
v.                            :    1:CV-00-0834
                              :
MARTIN HORN, COMMISSIONER,    :    (Judge Caldwell)
DEPT. OF CORRECTIONS, et al., :
                              :
    Defendants                :

## COMMONWEALTH DEFENDANTS' MOTION TO DISMISS

Commonwealth defendants, Martin Horn, Jeffrey A. Beard, Raymond J. Colleran, James T. Wynder, Jr., John T. Shemo, Thomas B. Patterson, Paul DelRosso, Gerald Sobotor, Bernard Chipego, Milton Friedman, Emanual Patterson, Noel Booth, and Patrick Herbert, by their attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move the Court to dismiss the complaint against them because the complaint fails to state a claim upon which relief can be granted.

A brief in support of this motion will be filed within the time permitted by the Local Rules.

**WHEREFORE** Commonwealth defendants pray that the complaint be dismissed.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: *Seth A. Mendelsohn*
SETH A. MENDELSOHN
Deputy Attorney General
Attorney ID# 77063

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg PA 17120
(717) 787-1194
(717) 772-4526 FAX
smendelsohn@attorneygeneral.gov
DATE:   JULY 7, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CARTER, et al., | : |
| Plaintiffs | : |
| v. | : 1:CV-00-0834 |
| MARTIN HORN, COMMISSIONER, DEPT. OF CORRECTIONS, et al., | : (Judge Caldwell) |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Seth A. Mendelsohn, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, **Commonwealth Defendants' Motion to Dismiss** by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

John Carter #CN-1404
SCI-Waymart
Box 256
Waymart, PA 18472

Jimmy McWhirter, #CC-8387
SCI-Waymart
Box 256
Waymart, PA 18472

Mariano Pellot, #BE-2490
SCI-Waymart
Box 256
Waymart, PA 18472

David Campell, #DJ-0505
SCI-Waymart
Box 256
Waymart, PA 18472

Lawrence M. Silverman, Esq.
Jonathan J. Bart, Esq.
Silverman Bernheim & Vogel
2 Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(Counsel for Co-defendants)

Arthur Carmichael, #DD-0875
SCI-Waymart
Box 256
Waymart, PA 18472

*Seth A. Mendelsohn*
**SETH A. MENDELSOHN**
**DEPUTY ATTORNEY GENERAL**

**DATE: JULY 7, 2000**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CARTER, et al., :
:
**Plaintiffs** :
:
v. : 1:CV-00-0834
:
MARTIN HORN, COMMISSIONER, : (Judge Caldwell)
DEPT. OF CORRECTIONS, et al., :
:
**Defendants** :

## ORDER

AND NOW, this _____ day of _____, 2000, upon consideration of Commonwealth defendants' motion to dismiss, it is hereby ordered that the motion is **GRANTED**. The complaint against Commonwealth defendants is dismissed.

_____
WILLIAM W. CALDWELL, J.