**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CARTER, et al.,
  Plaintiffs

VS.                                     1:CV-00-0834

MARTIN HORN, COMMISSIONER              (Judge Caldwell)
DEPT. OF CORRECTIONS, et al.,
  Defendants

FILED
HARRISBURG, PA

JUL 3 1 2000

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### AFFIDAVIT FOR EXTENSION OF TIME

I, John Carter, hereby declares under penalty of perjury that:

I am the principle Plaintiff in the above titled action proceeding *pro se*, on behalf of myself and all the named plaintiffs, request this Honorable Court to grant an extension of time pursuant to the Local Rule of this Court ( LR 83.10 ) for the following reasons:

Due to the fact that I, and presently indigent, and without funds sufficient for having copies of exhibits made necessary to substantiate plaintiffs' claims in their Brief In Support Of their Motion In Opposition To Commonwealth Defendants' Motion To Dismiss Plaintiffs' Complaint.

In order for plaintiff to get the exhibits Photocopied against his Inmate Account, It is required that I make a request to the Superintendent here at SCI-Waymart.

On this date 7-25-00, I have in fact submitted such a request to the Superintendent to issue an Order allowing me to have the necessary run off in the prison Library; Consequently, I will be unable to prepare and file the above mentioned Brief on or before the due date, which is on or before July 31, 2000.

In view of the foregoing, I request an extension of Five(5) days from July 31, 2000, to and including August 7, 2000 in which to file Plaintiffs' Brief In Support of Plaintiffs' Motion In Opposition To Commonwealth Defendants' Motion to Dismiss Plaintiffs' Complaint.

Respectfully submitted,

John Carter
John Carter Pro. Per.

DATED: July 25, 2000 c.s.

P.P.# CN-1404
P.O. Box 256
Waymart, Pa. 18472-0256

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CARTER, ET AL., :
    Plaintiffs :
    :
VS. : 1:CV-00-0834
    : (Judge Caldwell)
MARTIN HORN, COMMISSIONER, :
DEPT. OF CORRECTIONS, et al., :
    Defendants :

### CERTIFICATE OF SERVICE

I, John Carter, Plaintiff in the above titled action, hereby certify that on this date I caused to be served the foregoing AFFIDAVIT FOR EXTENSION OF TIME, by having same deposited in the United States Mail-Box, by Plaintiff, Arthur Carmicheal (P.P.#DQ-0875), on L-1 Block, in SCI-Waymart, postage prepaid, addressed to the following person/s/:

Seth A. Mendelsohn, (DAG)
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

DATED: July 25, 2000 a.s.

*John Carter*
John Carter, Pro. Per.
P.P. # CN-1404
Waymart, Pa. 18472-0256