INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

John Carter, et al.                           Dist. Ct. Docket  1:CV-00-834
            v.                                Ct. of Appeals Docket # _____
Martin Horn, et al.

NOTICE OF APPEAL FILED 2/26/01    COURT REPORTER: _____

FILING FEE:
Notice of Appeal ____Paid  _x_ Not Paid ____Seaman
Docket Fee       ____Paid  _x_ Not Paid ____USA or Govt.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable  _____

____Motion Granted
____Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)

____Granted
____Denied
____Pending

COPIES TO:                          Deft. Address: _____
Judge Caldwell
John Carter
David Campbell
Arthur Carmichael
Jimmy Lee McWhirter
Mariano Pellot
Seth A. Mendelsohn, Esquire
Lawrence M. Silverman, Esquire
Johathan J. Bart, Esquire
File Copy
                                            Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.

*Tonya Wyche*

FILED
HARRISBURG
MAR 05 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

RECEIVED
FEB 28 2001
U.S.C.A. 3rd. CIR.