

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, RM. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

MARY. E. D'ANDREA
*Clerk of Court*

(717) 221-3
FAX (717) 221-3



RECEIVED
FEB 28 2001
U.S.C.A. 3rd. CIR.

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

February 27, 2001

FILED
HARRISBURG
MAR 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

RE: Carter, et al. vs. Horn, et al.
Civil Action No. 1:CV-00-834

Dear Mr. Sisk:

Enclosed please find:

_____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

___x___ Actual Record with one certified copy and one uncertified copy of docket entries.

_____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

_____ Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Tonya Wyche                    Sincerely,

                               MARY E. D'ANDREA, CLERK

                               _____
                               Deputy Clerk