OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4929

pacer.ca3.uscourts.gov

March 2, 2001

NOTICE OF DOCKETING OF APPEAL

Carter v. Horn

No(s): 00-cv-00834

(Honorable William W. Caldwell)

FILED
MAR - 7 2001
PER
HARRISBURG, PA.
DEPUTY CLERK

An appeal by **John Carter** was filed in the above-captioned case on 2/26/01, and docketed in this Court on 3/2/01, at No. **01-1506**.

Kindly use the Appeals Docket No. **01-1506** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk