# ORIGINAL

(19)
3-9-01

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

John Carter, Jimmy McWhirter,
Mariano Pellot, David Campbell,
Arthur Carmichael.

**Name of Plaintiff(s)**

v.

Martin Horn, Jeffrey Beard, Raymond
J. Colleean, James T. Wynder, John
T. Shemo, Thomas Patterson, paul
Delrosso, Gerald Sobotor, Bernard
Chipego, Milton Friedman, Emanuel
Patterson, Noel Booth, Patrick
Herbert, STamrat Bekele, Lazslo
Kiraly, Glen Jeffes, Janan Loomis .

**Name of Defendant(s)**

1-CV-00-0834

**Civil Case No.**

WILLIAM W. CALDWELL

**Judge**

(Number and Judge to be
assigned by court)

FILED
HARRISBURG, P

MAR 0 8 2001

MARY E. D'ANDREA,
Per _____ Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. _Yes_  I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _Yes_  I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No _X_

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No _X_

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes _X_ No ___

(b) If yes, what is your monthly compensation? $ $39.00

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ____ No _X_

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  3-3-01               *John D. Carter*
             (Date)                (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

# AUTHORIZATION
(Prisoner's Account Only)

Case No. ~~1:CV-00-0834~~

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __JOHN CARTER__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for MIDDLE District of Pennsylvania a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __2 - 26 - 20001__,  ____

*[signature: John D. Carter]*
Signature of Prisoner

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING          DATE   2/28/2001
REMOTE PRINT TIME  8:48             FROM PURGE FILE             PAGE        1

    INMATE      NAME
    NUMBER      LAST              FIRST            MI          STARTING BALANCE
    CN1404      CARTER            JOHN                              -12.15

  BATCH    DATE                                        TRANSACTION  BALANCE AFTER
    #    MO DY YEAR    TRANSACTION DESCRIPTION           AMOUNT      TRANSACTION

   579   07-07-2000  10  MAINTENANCE PAYROLL
                         FOR: JUNE 2000                    26.40          14.25
  9007   07-17-2000  34  RADIO/TV
                         BASIC ONLY                       -24.04          -9.79
   672   07-20-2000  37  POSTAGE
                                                            -.77         -10.56
   672   07-20-2000  37  POSTAGE
                                                            -.33         -10.89
   786   08-04-2000  10  MAINTENANCE PAYROLL
                         FOR:  JULY 2000                   28.98          18.09
  9008   08-17-2000  34  RADIO/TV
                         BASIC ONLY                       -24.04          -5.95
  1018   09-08-2000  10  MAINTENANCE PAYROLL
                         FOR: AUGUST 2000                  40.02          34.07
  8257   09-13-2000  32  WAM COMMISSARY
                         FOR  9/14/2000                   -23.18          10.89
  9009   09-18-2000  34  RADIO/TV
                         BASIC ONLY                       -24.04         -13.15

                          BALANCE AFTER THESE TRANSACTIONS------>        -13.15
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE    2/28/2001
REMOTE PRINT TIME  8:48            FROM PURGE FILE                PAGE         1

    INMATE    NAME
    NUMBER    LAST                   FIRST              MI              STARTING BALANCE
    CN1404    CARTER                 JOHN                                    -13.15

 BATCH     DATE                                              TRANSACTION  BALANCE AFTER
   #    MO DY YEAR     TRANSACTION DESCRIPTION                 AMOUNT      TRANSACTION

  1217  10-04-2000  10  MAINTENANCE PAYROLL
                        FOR: SEPTEMBER 2000                      34.80         21.65
  8285  10-11-2000  32  WAM COMMISSARY
                        FOR 10/12/2000                           -7.38         14.27
  1317  10-19-2000  37  POSTAGE
                                                                 -1.15         13.12
  1317  10-19-2000  37  POSTAGE
                                                                 -2.25         10.87
  1344  10-23-2000  34  RADIO/TV
                        FOR OCTOBER 2000                        -15.25         -4.38
  1444  11-06-2000  10  MAINTENANCE PAYROLL
                        FOR: OCTOBER 2000                        36.54         32.16
  9011  11-06-2000  34  RADIO/TV
                        BASIC ONLY                              -24.04          8.12
  1450  11-07-2000  86  ADJUST PAYMENT
                    34  WRONG AMOUNT POSTED                      24.04         32.16
  1458  11-08-2000  34  RADIO/TV
                        FOR: NOVEMBER 2000                      -15.25         16.91
  8313  11-08-2000  32  WAM COMMISSARY
                        FOR 11/09/2000                          -15.97           .94
  1640  12-05-2000  10  MAINTENANCE PAYROLL
                        FOR:   NOVEMBER 2000                     20.88         21.82
  8341  12-06-2000  32  WAM COMMISSARY
                        FOR 12/07/2000                          -21.08           .74
  1659  12-07-2000  10  MAINTENANCE PAYROLL
                        FOR:   NOVEMBER 2000                     13.92         14.66
  9012  12-11-2000  34  RADIO/TV
                        CABLE TV SERVICE                        -15.25          -.59

                        BALANCE AFTER THESE TRANSACTIONS------>                 -.59
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN   IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  2/28/2001
REMOTE PRINT TIME  8:48          FROM ACTIVE FILE                PAGE         1

    INMATE     NAME
    NUMBER     LAST              FIRST           MI          STARTING BALANCE
    CN1404     CARTER            JOHN                                  -.59

  BATCH      DATE                                    TRANSACTION  BALANCE AFTER
    #     MO DY YEAR   TRANSACTION DESCRIPTION         AMOUNT      TRANSACTION

  1846   01-05-2001  10  MAINTENANCE PAYROLL
                         FOR: DECEMBER 2000              34.80        34.21
  8010   01-10-2001  32  WAM COMMISSARY
                         FOR  1/11/2001                 -17.29        16.92
  9101   01-11-2001  34  RADIO/TV
                         CABLE TV SERVICE               -15.25         1.67
  1987   01-24-2001  37  POSTAGE
                                                          -.97          .70
  2026   01-30-2001  12  BONUS PAYROLL
                         BASKETBALL OFFICIAL JAN. 2001   24.36        25.06
  8031   01-31-2001  32  WAM COMMISSARY
                         FOR  2/01/2001                 -17.13         7.93
  2053   02-05-2001  10  MAINTENANCE PAYROLL
                         FOR: JANUARY 2001               38.28        46.21
  8038   02-07-2001  32  WAM COMMISSARY
                         FOR  2/08/2001                 -38.27         7.94
  8038   02-07-2001  32  WAM COMMISSARY
                         FOR  2/08/2001                  -1.10         6.84
  9102   02-12-2001  34  RADIO/TV
                         CABLE TV SERVICE               -15.25        -8.41
  2168   02-22-2001  37  POSTAGE
                                                          -.55        -8.96

                         BALANCE AFTER THESE TRANSACTIONS------>      -8.96
```

*Walter Williams, Accountant*
*2/28/9*

Sworn to and subscribed before me
this 28th day of Feb 2001

*Susan Dovin*

NOTARIAL SEAL
SUSAN DOVIN, Notary Public
Canaan Twp., Wayne County
My Commission Expires Jan. 24, 2004