**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Carter, Jimmy McWhirter,
Mariano Pellot, David Campbell,
Arthur Carmichael.

**Name of Plaintiff(s)**

v.

Martin Horn, Jeffrey Beard, Raymond
J. Colleran, James T. Wynder, John
T. Shemo, Thomas Patterson, Paul
delrosso, Gerald Sobotor, Bernard
Chipego, Milton Friedman, Emanuel
Patterson, Noel Booth, Patrick
Herbert, [Tamrat Bekele, Lazslo
Kiraly, Glen Jeffes, Janan Loomis].

**Name of Defendant(s)**

1-CV-00-0834
**Civil Case No.**

WILLIAM W. CALDWELL
**Judge**

(Number and Judge to be
assigned by court)

FILED
HARRISBURG, P

MAR 0 8 2001

MARY E. D'ANDREA
Per _____ Deputy Clerk

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. _Yes_  I am willing to pursue my claims in this action under the provisions of The Prison Litigation Reform Act, understand that pursuing my claim requires payment of a partial filing and deduction of sums from my prison account when funds ex until the filing fee of $150.00 has been paid in full.

2. _Yes_  I have enclosed an executed Authorization form which auth the Institution holding me in custody to transmit to the C a certified copy of my trust account for the past six (6) months as well as payments from the account in the amount specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a clai which relief may be granted?   Yes ____   No _✓_

   (a) If the answer is "yes," are you now seeking relief because yo are under imminent danger of serious physical injury?
   Yes ____   No _✓_

    (b)   Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.  (a)  Are you presently employed at the Institution? Yes ____ No

    (b)  If yes, what is your monthly compensation? $ _14.40_

5.  Do you own any cash or other property; have a bank account; or receive money from any source? Yes ____ No _✓_

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _3/3/01_    _Mariano Pellot_
             (Date)                     (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

# AUTHORIZATION
(Prisoner's Account Only)

Case No. ~~1:CV-00-0834~~

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __MARIANO PELLOT__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for MIDDLE District of Pennsylvania a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __2-26-2001__,

__Mariano Pellot__
Signature of Prisoner

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE    2/27/2001
REMOTE PRINT TIME  8:40                 FROM PURGE FILE               PAGE           1

    INMATE    NAME
    NUMBER    LAST              FIRST              MI         STARTING BALANCE
    BE2490    PELLOT            MARINO                               54.94

 BATCH     DATE                                          TRANSACTION  BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

  8187  07-05-2000  32  WAM COMMISSARY
                        FOR   7/06/2000                    -17.54        37.40
   578  07-07-2000  10  MAINTENANCE PAYROLL
                        FOR:  JUNE 2000                     15.84        53.24
   610  07-11-2000  13  PERSONAL GIFT FROM
                        PELLOT, MARIANO    E838676         150.00       203.24
  8194  07-12-2000  32  WAM COMMISSARY
                        FOR   7/13/2000                    -43.28       159.96
   649  07-17-2000  37  POSTAGE
                        U P S                               -4.79       155.17
  9007  07-17-2000  34  RADIO/TV
                        BASIC/HBO                          -36.76       118.41
  8201  07-19-2000  32  WAM COMMISSARY
                        FOR   7/20/2000                    -44.71        73.70
  8208  07-26-2000  32  WAM COMMISSARY
                        FOR   7/27/2000                    -24.79        48.91
  8215  08-02-2000  32  WAM COMMISSARY
                        FOR   8/03/2000                    -37.45        11.46
   775  08-04-2000  37  POSTAGE
                        U P S                               -3.71         7.75
   785  08-04-2000  10  MAINTENANCE PAYROLL
                        FOR:  JULY 2000                     14.40        22.15
   804  08-08-2000  13  PERSONAL GIFT FROM
                        PELLOT, MARIANO    E744900         100.00       122.15
  8222  08-09-2000  32  WAM COMMISSARY
                        FOR   8/10/2000                    -31.43        90.72
  8229  08-16-2000  32  WAM COMMISSARY
                        FOR   8/17/2000                    -25.70        65.02
  9008  08-17-2000  34  RADIO/TV
                        BASIC/HBO                          -36.76        28.26
  8236  08-23-2000  32  WAM COMMISSARY
                        FOR   8/23/2000                    -16.22        12.04
  8236  08-23-2000  32  WAM COMMISSARY
                        FOR   8/23/2000                     -.15         11.89
   942  08-29-2000  13  PERSONAL GIFT FROM
                        PELLOT, MARIANO    E746173         100.00       111.89
  8243  08-30-2000  32  WAM COMMISSARY
                        FOR   8/31/2000                    -23.49        88.40
  8250  09-06-2000  32  WAM COMMISSARY
                        FOR   9/07/2000                    -16.88        71.52
  1017  09-08-2000  10  MAINTENANCE PAYROLL
                        FOR:  AUGUST 2000                   16.56        88.08
  8257  09-13-2000  32  WAM COMMISSARY
                        FOR   9/14/2000                    -27.06        61.02
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE   2/27/2001
REMOTE PRINT TIME  8:40                FROM PURGE FILE           PAGE         2

        INMATE     NAME
        NUMBER     LAST                FIRST            MI
        BE2490     PELLOT              MARINO

BATCH       DATE                                      TRANSACTION  BALANCE AFTER
  #      MO DY YEAR     TRANSACTION DESCRIPTION         AMOUNT      TRANSACTION

1087    09-18-2000   13  PERSONAL GIFT FROM
                         PELLOT, MARIANO   E876582        25.00         86.02
9009    09-18-2000   34  RADIO/TV
                         BASIC/HBO                       -36.76         49.26
8272    09-28-2000   32  WAM COMMISSARY
                         FOR  9/29/2000                   -6.74         42.52

                    BALANCE AFTER THESE TRANSACTIONS------>            42.52
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE   2/27/2001
REMOTE PRINT TIME   8:40              FROM PURGE FILE            PAGE           1


        INMATE     NAME
        NUMBER     LAST            FIRST              MI         STARTING BALANCE
        BE2490     PELLOT          MARINO                                   42.52

   BATCH       DATE                                         TRANSACTION  BALANCE AFTER
     #     MO DY YEAR       TRANSACTION DESCRIPTION            AMOUNT     TRANSACTION

   1198   10-03-2000   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E719966              37.00         79.52
   1216   10-04-2000   10   MAINTENANCE PAYROLL
                            FOR: SEPTEMBER 2000                    11.52         91.04
   8278   10-04-2000   32   WAM COMMISSARY
                            FOR 10/05/2000                        -40.07         50.97
   8285   10-11-2000   32   WAM COMMISSARY
                            FOR 10/12/2000                        -18.55         32.42
   8292   10-18-2000   32   WAM COMMISSARY
                            FOR 10/19/2000                        -16.53         15.89
   1344   10-23-2000   34   RADIO/TV
                            FOR OCTOBER 2000                      -15.25           .64
   1394   10-31-2000   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E796580              40.00         40.64
   8306   11-01-2000   32   WAM COMMISSARY
                            FOR 11/02/2000                        -22.54         18.10
   1443   11-06-2000   10   MAINTENANCE PAYROLL
                            FOR: OCTOBER 2000                      15.12         33.22
   9011   11-06-2000   34   RADIO/TV
                            BASIC ONLY                            -24.04          9.18
   1450   11-07-2000   86   ADJUST PAYMENT
                       34   WRONG AMOUNT POSTED                    24.04         33.22
   1458   11-07-2000   34   RADIO/TV
                            FOR: NOVEMBER 2000                    -15.25         17.97
   8313   11-08-2000   32   WAM COMMISSARY
                            FOR 11/09/2000                        -16.82          1.15
   1571   11-27-2000   13   PERSONAL GIFT FROM
                            PELLOT, MARIANNE  E718448              60.00         61.15
   8334   11-29-2000   32   WAM COMMISSARY
                            FOR 11/29/2000                        -40.07         21.08
   1659   12-07-2000   10   MAINTENANCE PAYROLL
                            FOR:  NOVEMBER 2000                    12.24         33.32
   1659   12-07-2000   10   MAINTENANCE PAYROLL
                            FOR:  NOVEMBER 2000                     1.44         34.76
   8343   12-08-2000   32   WAM COMMISSARY
                            FOR 12/08/2000                        -18.54         16.22
   9012   12-11-2000   34   RADIO/TV
                            CABLE TV SERVICE                      -15.25           .97
   1770   12-22-2000   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E773785              40.00         40.97
   8362   12-27-2000   32   WAM COMMISSARY
                            FOR 12/28/2000                        -23.97         17.00

                              BALANCE AFTER THESE TRANSACTIONS------>            17.00
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   2/27/2001
REMOTE PRINT TIME   8:40            FROM ACTIVE FILE             PAGE          1

   INMATE    NAME
   NUMBER    LAST                FIRST              MI         STARTING BALANCE
   BE2490    PELLOT              MARINO                              17.00

  BATCH       DATE                                         TRANSACTION  BALANCE AFTER
    #      MO DY YEAR       TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

   1850   01-05-2001   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E897944           40.00         57.00
   1846   01-05-2001   10   MAINTENANCE PAYROLL
                            FOR: DECEMBER 2000                  14.40         71.40
   8010   01-10-2001   32   WAM COMMISSARY
                            FOR   1/11/2001                    -43.49         27.91
   8010   01-10-2001   32   WAM COMMISSARY
                            FOR   1/11/2001                      -.72         27.19
   1899   01-11-2000   37   POSTAGE
                                                                -3.74         23.45
   1899   01-11-2000   37   POSTAGE
                                                                -3.74         19.71
   9101   01-11-2001   34   RADIO/TV
                            CABLE TV SERVICE                   -15.25          4.46
   1931   01-17-2001   85   ADJUST RECEIPT
                       13   BAT 1850 MO RET'D BY BANK          -40.00        -35.54
   1931   01-17-2001   45   MISCELLANEOUS
                            BANK CHARGE - RETURNED CHECK        -5.00        -40.54
   8017   01-17-2001   32   WAM COMMISSARY
                            FOR   1/18/2001                     -4.27        -44.81
   1948   01-19-2001   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E901584           25.00        -19.81
   1975   01-23-2001   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E901595           20.00           .19
   2052   02-05-2001   10   MAINTENANCE PAYROLL
                            FOR: JANUARY 2001                   15.12         15.31
   2078   02-07-2001   13   PERSONAL GIFT FROM
                            PELLOT, MARIANO   E737801           30.00         45.31
   8038   02-07-2001   32   WAM COMMISSARY
                            FOR   2/08/2001                    -29.42         15.89
   9102   02-12-2001   34   RADIO/TV
                            CABLE TV SERVICE                   -15.25           .64

                            BALANCE AFTER THESE TRANSACTIONS------>             .64
```

*Walter Williams, Accountant*
2/27/01

Sworn to and subscribed before me
this 27th day of Feb. 2001

*Susan Dovin*

NOTARIAL SEAL
SUSAN DOVIN, Notary Public
Canaan Twp., Wayne County
My Commission Expires Jan. 24, 2004