# ORIGINAL



## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Carter,Jimmy Mcwhirter,

Mariano Pellot,David Campbell,

Arthur Carmichael.

**Name of Plaintiff(s)**

**v.**

Martin Horn,Jeffrey Beard,Raymond J.Colleran, James T. Wnder,John

T. Shemo,Thomas Patterson,Paul Delrosso,Gerald Sobotor,Bernard

Chipego,Milton Friedman,Emanuel Patterson,Noel Booth,Patricl

Herbert,&Tamrat Bekele,Lazslo Kiraly Glen Jeffes, Janan Loomis}.

**Name of Defendant(s)**

1-CV-00-0834

**Civil Case No.**

WILLIAM W. CALDWELL

**Judge**

(Number and Judge to be
assigned by court)

FILED
HARRISBURG,

MAR 0 8 2001

MARY E. D'ANDREA
Per _____
Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. _YES_ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing f and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _YES_ I have enclosed an executed Authorization form which authoriz the Institution holding me in custody to transmit to the Cler a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and whi a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim up which relief may be granted?   Yes _____   No _NO_

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No _NO_

(b)   Please explain in detail why you are under imminent danger of
serious physical injury:

_____

_____

_____

4.   (a)   Are you presently employed at the Institution?   Yes _____   No _N_

(b)   If yes, what is your monthly compensation?   $___15.00___

5.   Do you own any cash or other property; have a bank account; or rece
money from any source?   Yes _YES_   No ~~No~~

If the answer is "yes" to any of the above, describe each source and
the amount involved.

_FAMILY DIFFERENTS SMALL SUMS._____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct

Executed on _____          _Jimmy Lee McGhie_
                    (Date)                      (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code,
Section 1746.

2

# AUTHORIZATION
### (Prisoner's Account Only)

1-6V-00-0834

Case No. _____

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _____JIMMY McWHIRTER_____, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for MIDDLE District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.   I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00.   I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action.   This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____2 - 26 -_____,_ 20001____

_Jimmy McWhirter_____
Signature of Prisoner

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  2/28/2001
REMOTE PRINT TIME  8:48              FROM PURGE FILE             PAGE        1


     INMATE   NAME
     NUMBER   LAST              FIRST          MI           STARTING BALANCE
     CC8387   MCWHIRTER         JIMMY          L                  122.38


  BATCH      DATE                                     TRANSACTION BALANCE AFTER
    #     MO DY YEAR      TRANSACTION DESCRIPTION        AMOUNT    TRANSACTION
```

| BATCH # | MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8187 | 07-05-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  7/06/2000 | -13.39 | 108.99 |
| 578 | 07-07-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | FOR: JUNE 2000 | 15.84 | 124.83 |
| 582 | 07-07-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MCWHIRTER, DAISY  E762836 | 40.00 | 164.83 |
| 8194 | 07-12-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  7/13/2000 | -20.87 | 143.96 |
| 664 | 07-18-2000 | 44 | ORGANIZATIONAL | | |
| | | | FOR: NATIVE AMERICAN FUND | -2.00 | 141.96 |
| 8201 | 07-19-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  7/20/2000 | -16.60 | 125.36 |
| 684 | 07-21-2000 | 37 | POSTAGE | | |
| | | | | -.55 | 124.81 |
| 8208 | 07-26-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  7/27/2000 | -24.37 | 100.44 |
| 8208 | 07-26-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  7/27/2000 | -1.08 | 99.36 |
| 730 | 07-28-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MCWHIRTER, DAISY  E749112 | 40.00 | 139.36 |
| 8215 | 08-02-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  8/03/2000 | -29.29 | 110.07 |
| 779 | 08-04-2000 | 31 | OUTSIDE PURCHASES | | |
| | | | ACCESS CATALOG | -28.79 | 81.28 |
| 785 | 08-04-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | FOR:  JULY 2000 | 14.40 | 95.68 |
| 8222 | 08-09-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  8/10/2000 | -24.62 | 71.06 |
| 832 | 08-10-2000 | 44 | ORGANIZATIONAL | | |
| | | | FOR: NATIVE AMERICAN FUND | -11.30 | 59.76 |
| 843 | 08-14-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MCWHIRTER, DAISY   E822721 | 40.00 | 99.76 |
| 844 | 08-14-2000 | 37 | POSTAGE | | |
| | | | | -1.65 | 98.11 |
| 8229 | 08-16-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR  8/17/2000 | -26.05 | 72.06 |
| 872 | 08-17-2000 | 37 | POSTAGE | | |
| | | | U P S | -9.45 | 62.61 |
| 873 | 08-17-2000 | 38 | INSIDE PURCHASES | | |
| | | | FOR: VENDACARD #285 | -5.00 | 57.61 |
| 891 | 08-21-2000 | 37 | POSTAGE | | |
| | | | | -1.65 | 55.96 |
| 900 | 08-22-2000 | 14 | MISCELLANEOUS | | |
| | | | VOID CHECK / ACCESS CATALOG CO | 28.79 | 84.75 |

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING       DATE  2/28/2001
REMOTE PRINT TIME  8:48            FROM PURGE FILE           PAGE        2
```

```
        INMATE    NAME
        NUMBER    LAST                FIRST          MI
        CC8387    MCWHIRTER           JIMMY          L
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8236 | 08-23-2000 | 32 | WAM COMMISSARY FOR  8/23/2000 | -21.17 | 63.58 |
| 952 | 08-30-2000 | 37 | POSTAGE | -1.21 | 62.37 |
| 8243 | 08-30-2000 | 32 | WAM COMMISSARY FOR  8/31/2000 | -10.42 | 51.95 |
| 971 | 09-01-2000 | 13 | PERSONAL GIFT FROM MCWHIRTER, DAISY  E873450 | 20.00 | 71.95 |
| 980 | 09-05-2000 | 37 | POSTAGE | -.22 | 71.73 |
| 999 | 09-07-2000 | 44 | ORGANIZATIONAL NATIVE AMERICAN FEAST | -13.84 | 57.89 |
| 8251 | 09-07-2000 | 32 | WAM COMMISSARY FOR  9/08/2000 | -15.06 | 42.83 |
| 1017 | 09-08-2000 | 10 | MAINTENANCE PAYROLL FOR:  AUGUST 2000 | 16.56 | 59.39 |
| 1030 | 09-11-2000 | 13 | PERSONAL GIFT FROM MCWHIRTER, DAISY  E753859 | 20.00 | 79.39 |
| 8257 | 09-13-2000 | 32 | WAM COMMISSARY FOR  9/14/2000 | -27.54 | 51.85 |
| 1075 | 09-15-2000 | 37 | POSTAGE | -.99 | 50.86 |
| 1100 | 09-19-2000 | 13 | PERSONAL GIFT FROM MCWHIRTER, DAISY  E747723 | 40.00 | 90.86 |
| 8264 | 09-20-2000 | 32 | WAM COMMISSARY FOR  9/21/2000 | -28.46 | 62.40 |
| 8271 | 09-27-2000 | 32 | WAM COMMISSARY FOR  9/28/2000 | -30.68 | 31.72 |

```
              BALANCE AFTER THESE TRANSACTIONS------>        31.72
```

```
PA DEPT. OF CORRECTIONS        INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING        DATE  2/28/2001
REMOTE PRINT TIME  8:48            FROM PURGE FILE            PAGE        1
```

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| CC8387 | MCWHIRTER | | JIMMY | L | 31.72 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 1216 | 10-04-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | FOR: SEPTEMBER 2000 | 14.40 | 46.12 |
| 8278 | 10-04-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 10/05/2000 | -14.95 | 31.17 |
| 1237 | 10-06-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MCWHIRTER, DAISY  E879734 | 60.00 | 91.17 |
| 8285 | 10-11-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 10/12/2000 | -33.52 | 57.65 |
| 8292 | 10-18-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 10/19/2000 | -14.26 | 43.39 |
| 1346 | 10-23-2000 | 36 | PRINTED MATERIALS | | |
| | | | GRATERFRIENDS | -2.00 | 41.39 |
| 8299 | 10-25-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 10/26/2000 | -15.98 | 25.41 |
| 1377 | 10-27-2000 | 38 | INSIDE PURCHASES | | |
| | | | FOR: VENDACARD #76 | -3.00 | 22.41 |
| 8306 | 11-01-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 11/02/2000 | -12.82 | 9.59 |
| 1443 | 11-06-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | FOR: OCTOBER 2000 | 15.12 | 24.71 |
| 8313 | 11-08-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 11/09/2000 | -10.93 | 13.78 |
| 8313 | 11-08-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 11/09/2000 | -.10 | 13.68 |
| 1490 | 11-14-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MCWHIRTER, DAISY  E957441 | 60.00 | 73.68 |
| 1498 | 11-15-2000 | 37 | POSTAGE | | |
| | | | | -2.03 | 71.65 |
| 1498 | 11-15-2000 | 37 | POSTAGE | | |
| | | | | -1.21 | 70.44 |
| 1498 | 11-15-2000 | 37 | POSTAGE | | |
| | | | | -2.03 | 68.41 |
| 8320 | 11-15-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 11/16/2000 | -25.92 | 42.49 |
| 1532 | 11-20-2000 | 37 | POSTAGE | | |
| | | | | -1.58 | 40.91 |
| 1559 | 11-22-2000 | 37 | POSTAGE | | |
| | | | | -4.78 | 36.13 |
| 8334 | 11-29-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 11/29/2000 | -9.28 | 26.85 |
| 1645 | 12-06-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | MCWHIRTER, DAISY  E696691 | 45.00 | 71.85 |
| 8341 | 12-06-2000 | 32 | WAM COMMISSARY | | |
| | | | FOR 12/07/2000 | -24.22 | 47.63 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING       DATE   2/28/2001
REMOTE PRINT TIME  8:48            FROM PURGE FILE            PAGE         2


     INMATE    NAME
     NUMBER    LAST                  FIRST          MI
     CC8387    MCWHIRTER             JIMMY          L


  BATCH     DATE                                    TRANSACTION BALANCE AFTER
    #    MO DY YEAR        TRANSACTION DESCRIPTION     AMOUNT    TRANSACTION

  1659   12-07-2000   10   MAINTENANCE PAYROLL
                          FOR:  NOVEMBER 2000           13.68       61.31
  1678   12-08-2000   37   POSTAGE
                                                        -1.21       60.10
  8348   12-13-2000   32   WAM COMMISSARY
                          FOR 12/14/2000               -23.72       36.38
  1715   12-14-2000   38   INSIDE PURCHASES
                          VENDACARD #32                 -2.00       34.38
  1755   12-20-2000   13   PERSONAL GIFT FROM
                          MCWHIRTER, DAISY  E658832     60.00       94.38
  8355   12-20-2000   32   WAM COMMISSARY
                          FOR 12/21/2000               -24.06       70.32
  8362   12-27-2000   32   WAM COMMISSARY
                          FOR 12/28/2000                -9.43       60.89


              BALANCE AFTER THESE TRANSACTIONS------>              60.89
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE  2/28/2001
REMOTE PRINT TIME  8:48             FROM ACTIVE FILE             PAGE         1

        INMATE    NAME
        NUMBER    LAST                  FIRST        MI          STARTING BALANCE
        CC8387    MCWHIRTER             JIMMY        L                     60.89

   BATCH        DATE                                    TRANSACTION BALANCE AFTER
    #      MO DY YEAR      TRANSACTION DESCRIPTION         AMOUNT    TRANSACTION

   8003    01-03-2001  32  WAM COMMISSARY
                           FOR  1/04/2001                  -23.04         37.85
   1846    01-05-2001  10  MAINTENANCE PAYROLL
                           FOR: DECEMBER 2000               14.40         52.25
   1857    01-05-2001  37  POSTAGE
                                                            -2.75         49.50
   8010    01-10-2001  32  WAM COMMISSARY
                           FOR  1/11/2001                  -15.72         33.78
   8017    01-17-2001  32  WAM COMMISSARY
                           FOR  1/18/2001                   -8.97         24.81
   1963    01-22-2001  13  PERSONAL GIFT FROM
                           MCWHIRTER, DAISY  E899509         50.00         74.81
   1987    01-24-2001  37  POSTAGE
                                                             -.05         74.76
   1987    01-24-2001  37  POSTAGE
                                                             -.05         74.71
   8024    01-24-2001  32  WAM COMMISSARY
                           FOR  1/24/2001                  -25.65         49.06
   8031    01-31-2001  32  WAM COMMISSARY
                           FOR  2/01/2001                  -12.68         36.38
   2052    02-05-2001  10  MAINTENANCE PAYROLL
                           FOR: JANUARY 2001                15.12         51.50
   2105    02-12-2001  38  INSIDE PURCHASES
                           FOR: VENDACARD #383               -3.50         48.00
   9102    02-12-2001  34  RADIO/TV
                           CABLE TV SERVICE                 -15.25         32.75
   8045    02-14-2001  32  WAM COMMISSARY
                           FOR  2/15/2001                  -11.97         20.78
   2183    02-26-2001  13  PERSONAL GIFT FROM
                           MCWHIRTER, DAISUY   E765606       25.00         45.78

                    BALANCE AFTER THESE TRANSACTIONS------>                45.78
```

Walter Williams, Accountant
2/28/a

Sworn to and subscribed before me
this _28th_ day of _Feb_ 20 _01_

_Susan Dovin_

NOTARIAL SEAL
SUSAN DOVIN, Notary Public
Canaan Twp., Wayne County
My Commission Expires Jan. 24, 2004