cc: financial, PeSLC Castanzo L,w

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Middle (Harrisburg)__ Clerk of District Court
(District)

Date __11/29/02__

__Carter v. Horn__
(Caption)

C. of A. No. __01-1506__

__John Carter__
(Appellants)

__Civil 00-cv-00834__  J. Caldwell
(D.C. No.)

RECEIVED
DEC 06 2002
PER HARRISBURG PA
DEPUTY CLERK

Enclosures:

__11/29/02_____ Certified copy of C. of A. Order by the Court
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_[signature]_ (267)-299-__4931__
Quality Assurance Analyst Telephone Number

Receipt Acknowledge:
__[signature] George T Gardner__
(Name)

__12-6-02__
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

DPS-235                                              July 18, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>01-1506</u>

JOHN CARTER, ET AL.
    VS.
MARTIN HORN, ET AL.
    (M.D. PA. CIV. NO. 00-CV- 00834)

FILED
HARRISBURG, PA

DEC 0 6 2002

MARY E. D'ANDREA, CLERK
Per_____

Present:    NYGAARD, ROTH and BARRY, <u>CIRCUIT JUDGES</u>

Submitted are:

(1)    Appellant's document titled "Motion to Vacate", which the Court may wish to treat as a Motion to Reopen; and

(2)    Appellant's motion for leave to appeal <u>in forma pauperis</u> and affidavit in support thereof, pursuant to Rule 24, <u>Federal Rules of Appellate Procedure</u>, which includes a motion for appointment of counsel

in the above-captioned case.

Respectfully,

Clerk

MMW/WMS/zm/kb

_____ORDER_____

The motion to reopen the appeal is granted. <u>See</u> LAR Misc. 107.2. The motion to proceed <u>in forma pauperis</u> is granted. We find that the District Court did not err in dismissing the complaint pursuant to 28 U.S.C. §1997e(a) for failure to exhaust administrative remedies. Accordingly, this appeal is dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and the motion for appointment of counsel is dismissed as moot. The Clerk shall assess fees. 28 U.S.C. §1915(b).

A TRUE COPY:

_____
ACTING CLERK
Dated: NOV 29 2002

By the Court,

_____
Circuit Judge