*Ite c/o financial* (handwritten)

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Middle (Harrisburg)__ Clerk of District Court
(District)

Date ___12/17/02___

__Carter v. Horn__
(Caption)

C. of A. No. ___01-1506___

__John Carter__
(Appellants)

__Civil 00-00834__ _J Caldwell_ (handwritten)
(D.C. No.)

RECEIVED
DEC 20 2002
MARY E. D'ANDREA, CLERK

Enclosures:

___12/17/02___ Certified copy of C. of A. Order by the Clerk.
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_Margaret_ (signature) (267)-299-__4931__
Quality Assurance Analyst Telephone Number

Receipt Acknowledge:
___ack'n'd___
(Name)

___12/20/02___
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

December 17, 2002

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-1506

Carter v. Horn
(M.D. Pa. No. 00-cv-00834)

<u>O R D E R</u>

FILED
HARRISBURG, PA
DEC 2 0 2002
MARY E. D'ANDREA, CLERK
Per _____

    Appellant, a prisoner has requested leave to proceed <u>in forma pauperis</u> on appeal. As a prisoner appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2).

    In accordance with this Court's November 29, 2002 which directed that an assessment be made pursuant to 28 U.S.C. § 1915(b), it is hereby O R D E R E D that the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

For the Court,

*Marcia M. Waldron*

Clerk

Dated: December 17, 2002

mgd/cc: Mr. John Carter
       Jonathan J. Bart, Esq.
       Seth A. Mendelsohn, Esq.

A True copy
Deputy Clerk