```
Wed Jan 22 14:51:43 2003

UNITED STATES DISTRICT COURT
SCRANTON         , PA

Receipt No.    111 138012
Cashier        pamela

Tender Type  CHECK

Check Number: 97142

Transaction Type   AR

DØ Code   Div No    Acct
4667        I       0869PL

Amount          $      7.84

STATE CORR INST WAYMART WAYMART, PA
18472

PARTIAL APPEAL FEE IN 00-CV-834


bm
```

(25)
1/23/03
~hy

**FILED**
HARRISBURG, PA

JAN 2 2 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

00-834
partial appeal
fee