Wed Apr  9 16:23:31 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 138502
Cashier       jill

Tender Type CHECK

Check Number: 98398

Transaction Type  AR

DØ Code      Div No      Acct
4667         1           0869PL

Amount              $    5.04

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE FØR APPEAL IN 1:C
V-00-834

cn

Wed Apr  9 16:23:31 2003

Check No. 98398
Amount    5.04
Pursuant Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 6855

---

1: CV-00-834
Partial Filing Fee

FILED
HARRISBURG
APR 0 9 2003
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

USCA No. 01-1506