Mon May  5 12:17:34 2003

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   111 138640
Cashier       jill

Tender Type CHECK

Check Number: 98900

Transaction Type  AR

DD Code    Div No     Acct
4667        1        0869PL

Amount           $     5.54

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE FOR APPEAL IN CV-
00-834

cn

Mon May  5 12:17:34 2003

Check No. 98900
Amount:      5.54
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 6657

CV-00-834

**FILED**
HARRISBURG, PA

MAY "5 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk