Wed Jun  4 13:50:55 2003

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   111 138823
Cashier       pamela

Tender Type  CHECK

Check Number: 99413

Transaction Type  AR

DA Code   Div No.    Acct
 4567        1      0869PL

Amount           $ \$    6.60

STATE CORR WAYMART WAYMART, PA  18472

PARTIAL APPEAL FEE IN 01-CV-1506


bn

**FILED**
HARRISBURG, PA

JUN 0 4 2003

MARY E. D'ANDREA, CLERK
Per
        Deputy Clerk

partial appeal fee

00-834
appeal no. 01-1506