Mon Jul  7 15:25:32 2003

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   111 139040
Cashier       jill

Tender Type CHECK

Check Number: 99881

Transaction Type   AR

DD Code      Div No      Acct
4667            1        0869PL

Amount              $    6.30

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE FOR APPEAL IN CV-
00-834

cn

Mon Jul  7 15:25:32 2003

Check No: 99881
Amount:     6.30
Pay any Federal Reserve Bank or
General Depository for credit to

*CV-00-834*

*USCA No. 01-1506*

**FILED**
HARRISBURG, PA

**JUL 0 7 2003**

MARY E. D'ANDREA, CLERK
Per _____
                Deputy Clerk