```
Thu Sep  4 14:57:47 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 139424
Cashier       jill

Tender Type  CHECK

Check Number: 100868

Transaction Type   AR

DØ Code    Div No.      Acct
4667         1         0669PL

Amount              $       8.00

SCI WAYMART WAYMART, PA 18472-0256


PARTIAL FILING FEE FOR APPEAL CV-00-
834 RE: JOHN CARTER
```

CV-00-834
USCA. No. 01-1506

**FILED**
HARRISBURG, PA

SEP  4 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk