

00-834
partial fee for
appeal

```
Mon Oct  6 14:27:56 2003

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.  111 139834
Cashier       pamela

Tender Type  CHECK

Check Number: 101350

Transaction Type   AR

DO Code   Div No    Acct
 4667       1       0869PL

Amount           $    7.30

STATE CORR INST WAYMART WAYMART, PA
18472

PARTIAL APPEAL FEE IN 00-834
```