```
United States Treasury Symbol ...

Fri Nov  7 15:03:51 2003

UNITED STATES DISTRICT COURT
       SCRANTON      , PA

Receipt No.  111 139829
Cashier         jill

Tender Type  CHECK

Check Number: 101856

Transaction Type   AR

DO Code    Div No      Acct
 4667        1        0869PL

Amount            $     8.71

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE FOR APPEAL IN CV-
00-834



cn
```

CV-00-834

FILED
HARRISBURG, PA

NOV 7 2003

MARY E. D'ANDREA, CLERK
Per _____, Deputy Clerk