```
Fri Dec  5 11:02:33 2003

UNITED STATES DISTRICT COURT

SCRANTON         , PA

Receipt No.   111 140000
Cashier       pamela

Tender Type   CHECK

Check Number: 102368

Transaction Type   AR

DO Code    Div No    Acct
 4667         1      0A63PL

Amount            $      0.71

STATE CORR WAYMART INMATE GEN WELFAR
E FUND WAYMART, PA 18472
```

J.

FILED
HARRISBURG PA
DEC 0 5 2003
MARY E. D'ANDREA
Per _____ Deputy

00-834

partial payment for appeal