```
Thu Jan  1 11:43:33 2004

UNITED STATES DISTRICT COURT
     SCRANTON       , PA

Receipt No.   111 140179
Cashier       Jill

Tender Type   CHECK

Check Number: 102910

Transaction Type   AR

DO Code    Div No    Acct
4667         1      0869PL

Amount              $  13.82

SCI WAYMART WAYMART, PA 18472-0256

PARTIAL FILING FEE FOR APPEAL IN CV-
00-834
```

CV-00834

**FILED**
HARRISBURG, PA

JAN 08 2004

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk