```
Thu Feb  5 12:06:16 2004

   UNITED STATES DISTRICT COURT
   SCRANTON        , PA
Receipt No.   111 140346
Cashier       pamela
Tender Type  CHECK
Check Number: 103395
Transaction Type   AR
DØ Code    Div No     Acct
 4667        1        0869PL
Amount              $    9.41
STATE CORR WAYMART WAYMART, PA 18472

PARTIAL APPEAL FEE IN 00-CV-834


bn
```

*partial appeal fee 00-834*



FILED FEB 0 5 2004
PER _____
HARRISBURG, PA   DEPUTY CLERK