IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Carter,
          Petitioner,
    v.
DEPARTMENT OF CORRECTIONS;
Jeffrey A. Beard, Secretary
of Corrections,
          Respondent.

MOTION OF OBJECTION TO PROHIBIT "ENTRY OF APPEARANCE"

Case No. 1: CV-00-0834

FILED
SCRANTON
JUN 1 4 2005
MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

## OBJECTION

To the Honorable, Judge Caldwell, judge of the United States District Court, greetings:

COMES NOW, the petitioner John Carter, who moves this Court, pursuant to my right to redress protected under the FIRST AMENDMENT, to take notice and sustain the following OBJECTION to the "ENTRY OF APPEARANCE" motion, filed at the above case number docket by Gregory R. Neuhauser, Senior Deputy Attorney General of the Commonwealth of Pennsylvania; and petitioner further moves this Court to issue an order prohibiting said Gregory R. Neuhauser and any other representative of the Attorney General Office from appearing as counsel for the above named Respondent in this matter, for the following reasons:

1. that, petitioner has the right to due process of his petition pending before this court at the aforementioned case docket number by virtue of his right to redress protected under the FIRST AMENDMENT;

2. that, an individual representing the DEPARTMENT OF CORRECTIONS is the Respondent in this matter not the Commonwealth of Pennsylvania, therefore the prosecution for the Commonwealth, namely Gregory R. Neuhauser, is not to interfere with the process due petitioner because such interferance would prejudice petitioner's right to redress.

WHEREFORE, petitioner request that this court prohibit Gregory R. Neuhauser from appearing in this matter by silencing him by order or the alternative to hold the prosecution for contempt of court as the Commonwealth is not the Respondent herein named.

Respectfully Submitted,

Date: 06/08/2005

x _John Carter_
John Carter,
Petitioner

[#DD1874]
P.O. Box 200
Camp Hill, PA. 17001

## CERTIFICATE OF SERVICE

I, John Carter, hereby certify that on June 8, 2005 a copy of the foregoing OBJECTION was served upon State prison officials at the State Correctional Institution at Camp Hill, Pennsylvania for mailing to the following persons in the manner indicated:

*First Class Mailing*

* Gregory R. Neuhauser
Senior Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

* Jeffrey A. Beard
Secretary of Corrections
P.O. Box 598
Camp Hill, PA 17001

x /s/ John Carter
John Carter,
Petitioner