IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Carter,
    Petitioner,

v.

DEPARTMENT OF CORRECTIONS;
Jeffrey A. Beard, Secretary
of Corrections,
    Respondent.

Case No. 1: CV-00-0834
(Judge Caldwell)

FILED
SCRANTON
JUN 14 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## CHECK OF DOCKET ENTRIES

TO THE CLERK:

    Kindly forward a list of all documents filed at the above case number to petitioner as soon as possible. I would like a check of the docket entries, because there may have been an ORDER issued from Judge Caldwell that I have not recieved a copy of. If there has been any ORDER issued by the court regarding any matter at the above docket number, please forward a copy to petitioner at the address below.

Thank You.

x_John Carter_
John Carter, Petitioner
DD8147 P.O. Box 200
Camp Hill, PA. 17001

Name: John Carter
Number: BB1814
P.O. Box 200
Camp Hill, Pennsylvania 17001-0200

INMATE MAIL
DEPARTMENT OF CORRECTION



UNITED STATES POSTAGE
$ 00.37⁰
02 1A
0004377972
MAILED FROM ZIP CODE 17011
JUN 10 2005
PITNEY BOWES

RECEIVED
SCRANTON
JUN 14 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CLERK OF THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PA.
U.S. COURTHOUSE
235 N. Washington Avenue
Scranton, PA. 18501

18503+1812-93 C002