Mary E. D'Andrea,
Clerk of Court
United States District Court
for the Middle District of PA.
235 North Washington Avenue
Scranton, PA. 18501-1148

July 28, 2005

FILED
SCRANTON

AUG 0[?] 2005

PER _____
DEPUTY CLERK

## MEMORANDUM

Re: John Carter vs. Department of Corrections

From: John Carter, Petitioner

TO THE CLERK OF COURT:

I have submitted several actions to this Court as referenced above, and request a copy of the docket entries under such caption. I have submitted four actions under said caption, but I only have the docket No. of two (CV-00-0834, and CV-05-1202), so can you please forward to me at the address below a copy all docketed actions under said caption referenced above?

I have enclosed a Self-Addressed Stamped Envelope for mailing response.

Thank You.

x John Carter
John Carter, Petitioner
#BB1814
P.O. Box 200
Camp Hill, PA. 17001

Mary E. D'Andrea,
Clerk of Court
United States District Court
for the Middle District of PA.
235 North Washington Avenue
Scranton, PA 18501-1148

July 28, 2005

Re: Request for U.S. Marshals Service Forms – USM-285

TO THE CLERK OF COURT:

Can you please forward ten (10) U.S. Marshals Service Forms – Form USM-285 to me as soon as possible. I have ten parties to an action I would like to serve via U.S. Marshals. Please mail them to the following address:

John Carter
#DD1814
P.O. Box 200
Camp Hill, PA. 17001

Thank You.

*John Carter*
John Carter



John Ca[...]
#SS1814
P.O. Box 200
Camp Hills, PA. 17001

To:
Marie E. D'Andrea
Clerk of Court
United States District Court
for the Middle District of PA.
235 North Washington Avenue
Scranton, PA. 18501-1148